**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pimal Property Inc., | No. CV-11-2323-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Capital Insurance Group, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 121.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, March 18, 2013 at 3:00 p.m.**

DATED this 22nd day of February, 2013.

Stephen M. McNamee
Senior United States District Judge